AVRAM D WHITE, ESQ,
66 HAMPTON TERRACE
ORANGE, NJ  07050


Re: DUANE B THOMAS
    181 HEYWOOD AVENUE
    ORANGE,  NJ  07050

Atty:  AVRAM D WHITE, ESQ,
    66 HAMPTON TERRACE
    ORANGE,  NJ  07050

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 19-20011

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $18,180.00**

## RECEIPTS AS OF 01/15/2021 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/19/2019 | $303.00 | 6025910000 | 07/22/2019 | $303.00 | 6028503000 |
| 07/25/2019 | ($303.00) | 6028503000 | 07/29/2019 | $303.00 | 6045648000 |
| 08/23/2019 | $303.00 | 6115235000 | 09/12/2019 | $303.00 | 6169849000 |
| 10/11/2019 | $303.00 | 6247281000 | 11/18/2019 | $303.00 | 6339119000 |
| 12/09/2019 | $303.00 | 6393401000 | 01/13/2020 | $303.00 | 6477584000 |
| 02/21/2020 | $303.00 | 6576740000 | 03/11/2020 | $303.00 | 6632503000 |
| 04/23/2020 | $303.00 | 6732967000 | 05/13/2020 | $303.00 | 6787276000 |
| 06/23/2020 | $303.00 | 6883989000 | 07/17/2020 | $303.00 | 6946571000 |
| 08/14/2020 | $303.00 | 7011832000 | 09/14/2020 | $303.00 | 7083969000 |
| 10/15/2020 | $303.00 | 7158240000 | 11/18/2020 | $303.00 | 7240953000 |
| 12/08/2020 | $303.00 | 7294673000 | 01/14/2021 | $303.00 | 7379362000 |

**Total Receipts:  $6,060.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan:  $6,060.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL SERVICES, INC. | | | | | | |
| | 05/18/2020 | $2,771.81 | 848,753 | 05/18/2020 | $25.92 | 848,753 |
| | 06/15/2020 | $522.28 | 850,429 | 08/17/2020 | $544.39 | 854,092 |
| | 08/17/2020 | $8.31 | 854,092 | 09/21/2020 | $272.20 | 855,896 |
| | 10/19/2020 | $272.19 | 857,789 | 11/16/2020 | $272.19 | 859,584 |
| | 11/16/2020 | $5.13 | 859,584 | 12/21/2020 | $272.20 | 861,404 |
| | 01/11/2021 | $272.19 | 863,205 | | | |
| MEROPOLITAN LIFE INSURANCE COMPANY | | | | | | |
| | 05/18/2020 | $96.80 | 848,691 | 06/15/2020 | $18.24 | 850,357 |
| | 08/17/2020 | $12.75 | 854,018 | 09/21/2020 | $6.38 | 855,808 |
| | 10/19/2020 | $6.38 | 857,702 | 11/16/2020 | $6.38 | 859,492 |
| | 12/21/2020 | $6.38 | 861,295 | 01/11/2021 | $6.38 | 863,113 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|

**Chapter 13 Case # 19-20011**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 377.81 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AR RESOURCES INC | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | ASSET MAX | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CAPITAL ONE AUTO FINANCE C/O AIS PC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0013 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 285.13 | * | 0.00 | |
| 0014 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 452.71 | * | 0.00 | |
| 0020 | CITIBANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | LVNV FUNDING LLC | UNSECURED | 945.45 | * | 0.00 | |
| 0028 | EDFINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | AMERICREDIT FINANCIAL SERVICES, IN( | VEHICLE SECURE | 14,322.00 | 100.00% | 5,199.45 | |
| 0032 | NATIONAL RECOVERY AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | ONEMAIN | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0036 | ONE MAIN FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | REMEX INC | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | SA-VIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | MEROPOLITAN LIFE INSURANCE COMPA | MORTGAGE ARRI | 373.40 | 100.00% | 159.69 | |
| 0047 | LVNV FUNDING LLC | UNSECURED | 683.84 | * | 0.00 | |
| 0048 | AMERICREDIT FINANCIAL SERVICES, IN( | VEHICLE SECURE | 100.00 | 100.00% | 39.36 | |
| 0049 | STATE OF NJ | UNSECURED | 653.31 | * | 0.00 | |
| 0050 | AMERICREDIT FINANCIAL SERVICES, IN( | UNSECURED | 15,787.65 | * | 0.00 | |

**Total Paid:  $5,776.31**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $6,060.00          -     Paid to Claims: $5,398.50     -     Admin Costs Paid: $377.81     =     Funds on Hand: $283.69

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.