Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−20011−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Duane B Thomas
   181 Heywood Avenue
   Orange, NJ 07050

Social Security No.:
   xxx−xx−8368

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 11, 2020.

On 08/02/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:             September 15, 2022
Time:             08:30 AM
Location:         Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 2, 2022
JAN: dlr

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Duane B Thomas  
    Debtor

Case No. 19-20011-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Aug 02, 2022      Form ID: 185      Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Duane B Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 518251018 | + | Asset Max, Po Box 190191, South Richmond Hill, NY 11419-0191 |
| 518251036 | + | Citibank, NA, PO Box 5870, Grand Central Station, New York, NY 10163-5870 |
| 518251040 | | Credit One Bank, PO BOx 98672, Las Vegas, NV 89193-8672 |
| 518251043 | + | E.D. Financial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 518663585 | | Metropolitan Life Insurance Company, PO Box 814609, Dallas, TX 75381-4609 |
| 518663586 | | Metropolitan Life Insurance Company, PO Box 814609, Dallas, TX 75381-4609, Metropolitan Life Insurance Company, PO Box 814609 Dallas, TX 75381-4609 |
| 518623794 | + | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 02 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 02 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 02 2022 20:35:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO BOX 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 02 2022 20:35:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 02 2022 20:44:25 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 02 2022 20:35:00 | Metropolitan Life Insurance Company, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518318204 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 02 2022 20:35:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518251016 | | Email/Text: collectors@arresourcesinc.com | Aug 02 2022 20:35:00 | AR Resources, PO Box 1056, Blue Bell, PA 19422 |
| 518369967 | + | Email/Text: bankruptcy@bsifinancial.com | Aug 02 2022 20:35:00 | BSI Financial Services, 314 S. Franklin Street/ P.O. Box 517, Titusville, PA 16354-0517 |
| 518251022 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 02 2022 20:44:26 | Capital One Auto Finance, PO Box 260848, Plano, TX 75026-0848 |

Case 19-20011-VFP    Doc 66    Filed 08/04/22    Entered 08/05/22 00:11:36    Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Aug 02, 2022 | Form ID: 185 | Total Noticed: 54 |

| | | | | |
| --- | --- | --- | --- | --- |
| 518251019 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 02 2022 20:44:11 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 518251020 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 02 2022 20:43:56 | Capital One Auto Finance, PO Box 93016, Long Beach, CA 90809-3016 |
| 518251021 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 02 2022 20:44:27 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 518261967 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 02 2022 20:44:09 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518319983 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 02 2022 20:44:25 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518334282 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 02 2022 20:43:55 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518251025 |   | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2022 20:44:06 | Capital One Bank N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518251024 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2022 20:44:23 | Capital One Bank N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518251026 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2022 20:43:52 | Capital One Bank USA, 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 518251029 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2022 20:44:23 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518251027 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2022 20:44:06 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518251028 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2022 20:44:23 | Capital One Bank Usa N.A., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518251033 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2022 20:44:30 | Citibank, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 518251034 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2022 20:44:30 | Citibank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 518251032 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2022 20:44:00 | Citibank, 701 E 60th Street, Sioux Falls, SD 57104-0432 |
| 518251035 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2022 20:44:00 | Citibank NA, Po Box 6181, Sioux Falls, SD 57117-6181 |
| 518251038 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 02 2022 20:43:54 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 518251037 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 02 2022 20:43:53 | Credit One Bank, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 518251042 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 02 2022 20:43:56 | Credit One Bank N.A., Po Box 98872, Las Vegas, NV 89193-8872 |
| 518251044 | + | Email/Text: EBN@edfinancial.com | Aug 02 2022 20:35:00 | EDFinancial, 120 N Seven Oaks, Knoxville, TN 37922-2359 |
| 518267792 | + | Email/Text: EBN@edfinancial.com | Aug 02 2022 20:35:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 518251045 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 02 2022 20:35:00 | GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518357009 |   | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2022 20:43:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518629074 | + | Email/Text: RASEBN@raslg.com | Aug 02 2022 20:35:00 | Metropolitan Life Insurance Company, c/o RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518251049 | + | Email/Text: Bankruptcies@nragroup.com | Aug 02 2022 20:36:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 518251047 | + | Email/Text: Bankruptcies@nragroup.com | Aug 02 2022 20:36:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 518251050 | + | Email/PDF: cbp@onemainfinancial.com | Aug 02 2022 20:44:04 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 518251051 | + | Email/PDF: cbp@onemainfinancial.com | Aug 02 2022 20:43:50 | One Main Financial, 6801 Colwell BLVD, Irving, TX 75039-3198 |
| 518270192 | + | Email/PDF: cbp@onemainfinancial.com | Aug 02 2022 20:44:04 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518251052 | + | Email/Text: clientservices@remexinc.com | Aug 02 2022 20:35:00 | Remex , Inc., 322 Wall Street, Princeton, NJ 08540-1515 |
| 518251053 | + | Email/Text: clientservices@remexinc.com | Aug 02 2022 20:35:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 518251055 | + | Email/Text: clientservices@remexinc.com | Aug 02 2022 20:35:00 | Remex, Inc., PO Box 457, Rocky Hill, NJ 08553-0457 |
| 518251056 | + | Email/Text: bankruptcy@savit.com | Aug 02 2022 20:36:00 | Sa-vit Collection Agency, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 518251057 | + | Email/Text: bankruptcy@savit.com | Aug 02 2022 20:36:00 | Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 518251058 | + | Email/Text: bankruptcy@savit.com | Aug 02 2022 20:36:00 | Savit Coolection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 518251059 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 02 2022 20:35:00 | Shellpoint, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518251017 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources Inc, Pob 1056, Blue Bell, PA 19422 |
| 518251023 | *+ | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 518251030 | * | Capital One Bank, N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518251031 | *+ | Capital One Bank, N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518251039 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518251041 | * | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518251046 | * | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 518251054 | *+ | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 518251048 | ##+ | National Recovery Agency, 4201 Crumus Mill Road, Harrisburg, PA 17112-2893 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 02, 2022 | Form ID: 185 | Total Noticed: 54 |

Date: Aug 04, 2022                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avram D White | on behalf of Debtor Duane B Thomas clistbk3@gmail.com adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Ham Fund III LP through servicer BSI Financial Services eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Harold N. Kaplan | on behalf of Creditor Metropolitan Life Insurance Company hkaplan@rasnj.com informationathnk@aol.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Metropolitan Life Insurance Company mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8