| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Avram D. White (AW5020)<br>Direct Dial 973.669.0857<br>Direct Facsimile 888.481.1709<br>avram@whiteandcolaw.com<br><br>WHITE AND CO LLC ATTORNEYS AND COUNSELLORS<br>Attorneys for Debtor/<br>DUANE B. THOMAS | |
| In Re:<br><br>DUANE B THOMAS,<br><br>DEBTOR. | Case No.: 19-20011-VFP<br><br>Chapter: 13<br><br>Adv. No.:<br><br>Hearing Date: 10/20/2022<br><br>Judge: PAPALIA |

## CERTIFICATION OF SERVICE

1. I, ADRIENNE K. WOOTEN :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for AVRAM D. WHITE, who represents DUANE B. THOMAS in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On OCTOBER 13, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Modified Chapter 13 Plan
    Transmittal Letter

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 16, 2022                         /s/ Adrienne K. Wooten
                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| AMERICREDIT FINANCIAL SERVICES, INC.<br>801 CHERRY STREET, SUITE 3900<br>FORT WORTH<br>76102 | Secuerd Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*