Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−20011−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Duane B Thomas
   181 Heywood Avenue
   Orange, NJ 07050

Social Security No.:
   xxx−xx−8368

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 9, 2022.

Dated: November 9, 2022
JAN: jf

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Duane B Thomas  
    Debtor

Case No. 19-20011-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4  
Date Rcvd: Nov 09, 2022     Form ID: plncf13     Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Duane B Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| 518251018 | + | Asset Max, Po Box 190191, South Richmond Hill, NY 11419-0191 |
| 518251036 | + | Citibank, NA, PO Box 5870, Grand Central Station, New York, NY 10163-5870 |
| 518251040 | | Credit One Bank, PO BOx 98672, Las Vegas, NV 89193-8672 |
| 518251043 | + | E.D. Financial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 518663585 | | Metropolitan Life Insurance Company, PO Box 814609, Dallas, TX 75381-4609 |
| 518663586 | | Metropolitan Life Insurance Company, PO Box 814609, Dallas, TX 75381-4609, Metropolitan Life Insurance Company, PO Box 814609 Dallas, TX 75381-4609 |
| 518623794 | + | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 09 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 09 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 09 2022 20:42:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO BOX 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 09 2022 20:42:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 09 2022 20:47:46 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 09 2022 20:42:00 | Metropolitan Life Insurance Company, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518318204 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 09 2022 20:42:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518251016 | | Email/Text: collectors@arresourcesinc.com | Nov 09 2022 20:42:00 | AR Resources, PO Box 1056, Blue Bell, PA 19422 |
| 518369967 | + | Email/Text: bankruptcy@bsifinancial.com | Nov 09 2022 20:42:00 | BSI Financial Services, 314 S. Franklin Street/ P.O. Box 517, Titusville, PA 16354-0517 |
| 518251022 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 09 2022 20:47:48 | Capital One Auto Finance, PO Box 260848, Plano, TX 75026-0848 |

Case 19-20011-VFP  Doc 71  Filed 11/11/22  Entered 11/12/22 00:13:19  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 09, 2022 | Form ID: plncf13 | Total Noticed: 54 |

| | | | |
|---|---|---|---|
| 518251019 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 09 2022 20:47:48 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 518251020 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 09 2022 20:47:48 | Capital One Auto Finance, PO Box 93016, Long Beach, CA 90809-3016 |
| 518251021 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 09 2022 20:47:12 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 518261967 | + Email/PDF: acg.acg.ebn@aisinfo.com | Nov 09 2022 20:47:46 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518319983 | + Email/PDF: acg.acg.ebn@aisinfo.com | Nov 09 2022 20:47:33 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518334282 | + Email/PDF: ebn_ais@aisinfo.com | Nov 09 2022 20:47:34 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518251025 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 09 2022 20:47:44 | Capital One Bank N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518251024 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 09 2022 20:47:30 | Capital One Bank N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518251026 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 09 2022 20:47:44 | Capital One Bank USA, 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 518251029 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 09 2022 20:47:01 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518251027 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 09 2022 20:47:30 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518251028 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 09 2022 20:47:44 | Capital One Bank Usa N.A., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518251033 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 09 2022 20:57:58 | Citibank, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 518251034 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 09 2022 20:47:51 | Citibank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 518251032 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 09 2022 20:47:38 | Citibank, 701 E 60th Street, Sioux Falls, SD 57104-0432 |
| 518251035 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 09 2022 20:47:37 | Citibank NA, Po Box 6181, Sioux Falls, SD 57117-6181 |
| 518251038 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 09 2022 20:47:09 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 518251037 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 09 2022 20:47:46 | Credit One Bank, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 518251042 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 09 2022 20:47:09 | Credit One Bank N.A., Po Box 98872, Las Vegas, NV 89193-8872 |
| 518251044 | + Email/Text: EBN@edfinancial.com | Nov 09 2022 20:42:00 | EDFinancial, 120 N Seven Oaks, Knoxville, TN 37922-2359 |
| 518267792 | + Email/Text: EBN@edfinancial.com | Nov 09 2022 20:42:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 518251045 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 09 2022 20:42:00 | GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518357009 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 09 2022 20:47:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518629074 | + Email/Text: RASEBN@raslg.com | Nov 09 2022 20:42:00 | Metropolitan Life Insurance Company, c/o RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

Case 19-20011-VFP    Doc 71    Filed 11/11/22    Entered 11/12/22 00:13:19    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 09, 2022 | Form ID: plncf13 | Total Noticed: 54 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518251049 | + | Email/Text: Bankruptcies@nragroup.com | Nov 09 2022 20:43:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 518251047 | + | Email/Text: Bankruptcies@nragroup.com | Nov 09 2022 20:43:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 518251050 | + | Email/PDF: cbp@onemainfinancial.com | Nov 09 2022 20:47:31 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 518251051 | + | Email/PDF: cbp@onemainfinancial.com | Nov 09 2022 20:47:01 | One Main Financial, 6801 Colwell BLVD, Irving, TX 75039-3198 |
| 518270192 | + | Email/PDF: cbp@onemainfinancial.com | Nov 09 2022 20:47:05 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518251052 | + | Email/Text: clientservices@remexinc.com | Nov 09 2022 20:42:00 | Remex , Inc., 322 Wall Street, Princeton, NJ 08540-1515 |
| 518251053 | + | Email/Text: clientservices@remexinc.com | Nov 09 2022 20:42:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 518251055 | + | Email/Text: clientservices@remexinc.com | Nov 09 2022 20:42:00 | Remex, Inc., PO Box 457, Rocky Hill, NJ 08553-0457 |
| 518251056 | + | Email/Text: bankruptcy@savit.com | Nov 09 2022 20:43:00 | Sa-vit Collection Agency, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 518251057 | + | Email/Text: bankruptcy@savit.com | Nov 09 2022 20:43:00 | Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 518251058 | + | Email/Text: bankruptcy@savit.com | Nov 09 2022 20:43:00 | Savit Coolection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 518251059 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 09 2022 20:42:00 | Shellpoint, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |

TOTAL: 46

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518251017 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources Inc, Pob 1056, Blue Bell, PA 19422 |
| 518251023 | *+ | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 518251030 | * | Capital One Bank, N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518251031 | *+ | Capital One Bank, N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518251039 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518251041 | * | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518251046 | * | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 518251054 | *+ | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 518251048 | ##+ | National Recovery Agency, 4201 Crumus Mill Road, Harrisburg, PA 17112-2893 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 09, 2022 | Form ID: plncf13 | Total Noticed: 54 |

Date: Nov 11, 2022       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:**

**Name**          **Email Address**

Avram D White
on behalf of Debtor Duane B Thomas clistbk3@gmail.com
adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth K. Holdren
on behalf of Creditor Ham Fund III  LP through servicer BSI Financial Services eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Harold N. Kaplan
on behalf of Creditor Metropolitan Life Insurance Company hkaplan@rasnj.com  kimwilson@raslg.com

John R. Morton, Jr.
on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Marie-Ann Greenberg
magecf@magtrustee.com

Melissa N. Licker
on behalf of Creditor Metropolitan Life Insurance Company mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8