AVRAM D WHITE, ESQ,
66 HAMPTON TERRACE
ORANGE, NJ  07050

Re:   DUANE B THOMAS                                    Atty:   AVRAM D WHITE, ESQ,
      181 HEYWOOD AVENUE                                        66 HAMPTON TERRACE
      ORANGE,  NJ  07050                                        ORANGE, NJ  07050

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 19-20011

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $18,180.00**

## RECEIPTS AS OF 01/13/2023          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/19/2019 | $303.00 | 6025910000 | 07/22/2019 | $303.00 | 6028503000 |
| 07/25/2019 | ($303.00) | 6028503000 | 07/29/2019 | $303.00 | 6045648000 |
| 08/23/2019 | $303.00 | 6115235000 | 09/12/2019 | $303.00 | 6169849000 |
| 10/11/2019 | $303.00 | 6247281000 | 11/18/2019 | $303.00 | 6339119000 |
| 12/09/2019 | $303.00 | 6393401000 | 01/13/2020 | $303.00 | 6477584000 |
| 02/21/2020 | $303.00 | 6576740000 | 03/11/2020 | $303.00 | 6632503000 |
| 04/23/2020 | $303.00 | 6732967000 | 05/13/2020 | $303.00 | 6787276000 |
| 06/23/2020 | $303.00 | 6883989000 | 07/17/2020 | $303.00 | 6946571000 |
| 08/14/2020 | $303.00 | 7011832000 | 09/14/2020 | $303.00 | 7083969000 |
| 10/15/2020 | $303.00 | 7158240000 | 11/18/2020 | $303.00 | 7240953000 |
| 12/08/2020 | $303.00 | 7294673000 | 01/14/2021 | $303.00 | 7379362000 |
| 02/10/2021 | $303.00 | 7446067000 | 03/12/2021 | $303.00 | 7520763000 |
| 04/12/2021 | $303.00 | 7595561000 | 05/18/2021 | $303.00 | 7679185000 |
| 06/14/2021 | $303.00 | 7742102000 | 07/27/2021 | $303.00 | 7835047000 |
| 08/17/2021 | $303.00 | 7885599000 | 09/14/2021 | $303.00 | 7946536000 |
| 10/19/2021 | $303.00 | 8024279000 | 11/29/2021 | $303.00 | 8104927000 |
| 12/27/2021 | $303.00 | 8168548000 | 01/24/2022 | $303.00 | 8228290000 |
| 02/22/2022 | $303.00 | 8288646000 | 03/14/2022 | $303.00 | 8338548000 |
| 03/28/2022 | $303.00 | 8364563000 | 04/25/2022 | $303.00 | 8421193000 |
| 05/10/2022 | $303.00 | 8459725000 | 06/28/2022 | $303.00 | 8553353000 |
| 07/18/2022 | $303.00 | 8594948000 | 10/07/2022 | $606.00 | 8755056000 |
| 11/28/2022 | $303.00 | 8845554000 | 01/03/2023 | $303.00 | 8910198000 |

**Total Receipts: $13,029.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $13,029.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023          (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|

**Chapter 13 Case # 19-20011**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIAL SERVICES, INC. | | | | | | | |
| | 05/18/2020 | $2,771.81 | 848,753 | | 05/18/2020 | $25.92 | 848,753 |
| | 06/15/2020 | $522.28 | 850,429 | | 08/17/2020 | $544.39 | 854,092 |
| | 08/17/2020 | $8.31 | 854,092 | | 09/21/2020 | $272.20 | 855,896 |
| | 10/19/2020 | $272.19 | 857,789 | | 11/16/2020 | $272.19 | 859,584 |
| | 11/16/2020 | $5.13 | 859,584 | | 12/21/2020 | $272.20 | 861,404 |
| | 01/11/2021 | $272.19 | 863,205 | | 02/22/2021 | $272.19 | 864,862 |
| | 02/22/2021 | $5.13 | 864,862 | | 03/15/2021 | $272.20 | 866,734 |
| | 04/19/2021 | $272.19 | 868,395 | | 05/17/2021 | $272.19 | 870,304 |
| | 05/17/2021 | $5.13 | 870,304 | | 06/21/2021 | $276.61 | 872,106 |
| | 07/19/2021 | $276.61 | 873,913 | | 09/20/2021 | $553.21 | 877,323 |
| | 09/20/2021 | $6.93 | 877,323 | | 10/18/2021 | $276.61 | 879,101 |
| | 12/13/2021 | $279.55 | 882,446 | | 01/10/2022 | $279.55 | 884,102 |
| | 01/10/2022 | $5.23 | 884,102 | | 02/14/2022 | $279.55 | 885,789 |
| | 03/14/2022 | $279.55 | 887,502 | | 04/18/2022 | $563.51 | 889,200 |
| | 04/18/2022 | $7.04 | 889,200 | | 05/16/2022 | $283.97 | 890,913 |
| | 06/20/2022 | $567.93 | 892,597 | | 06/20/2022 | $5.34 | 892,597 |
| | 08/15/2022 | $283.98 | 895,890 | | 09/19/2022 | $283.97 | 897,493 |
| | 11/14/2022 | $595.53 | 900,741 | | 11/14/2022 | $7.30 | 900,741 |
| | 01/09/2023 | $284.55 | 903,785 | | | | |
| MEROPOLITAN LIFE INSURANCE COMPANY | | | | | | | |
| | 05/18/2020 | $96.80 | 848,691 | | 06/15/2020 | $18.24 | 850,357 |
| | 08/17/2020 | $12.75 | 854,018 | | 09/21/2020 | $6.38 | 855,808 |
| | 10/19/2020 | $6.38 | 857,702 | | 11/16/2020 | $6.38 | 859,492 |
| | 12/21/2020 | $6.38 | 861,295 | | 01/11/2021 | $6.38 | 863,113 |
| | 02/22/2021 | $6.38 | 864,740 | | 03/15/2021 | $6.38 | 866,628 |
| | 04/19/2021 | $6.38 | 868,260 | | 05/17/2021 | $6.38 | 870,178 |
| | 06/21/2021 | $6.48 | 871,962 | | 07/19/2021 | $6.48 | 873,776 |
| | 09/20/2021 | $12.96 | 877,182 | | 10/18/2021 | $6.48 | 878,967 |
| | 12/13/2021 | $6.55 | 882,301 | | 01/10/2022 | $6.55 | 883,964 |
| | 02/14/2022 | $6.55 | 885,641 | | 03/14/2022 | $6.55 | 887,361 |
| | 04/18/2022 | $13.20 | 889,033 | | 05/16/2022 | $6.65 | 890,763 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 742.85 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AR RESOURCES INC | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | ASSET MAX | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CAPITAL ONE AUTO FINANCE C/O AIS PC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0013 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 285.13 | * | 0.00 | |
| 0014 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 452.71 | * | 0.00 | |
| 0020 | CITIBANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | LVNV FUNDING LLC | UNSECURED | 945.45 | * | 0.00 | |
| 0028 | EDFINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | AMERICREDIT FINANCIAL SERVICES, IN( | VEHICLE SECURE | 14,322.00 | 100.00% | 11,652.90 | |
| 0032 | NATIONAL RECOVERY AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | ONEMAIN | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0036 | ONE MAIN FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | REMEX INC | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | SA-VIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | MEROPOLITAN LIFE INSURANCE COMPA | MORTGAGE ARRI | 263.66 | 100.00% | 263.66 | |
| 0047 | LVNV FUNDING LLC | UNSECURED | 683.84 | * | 0.00 | |
| 0048 | AMERICREDIT FINANCIAL SERVICES, IN( | VEHICLE SECURE | 100.00 | 100.00% | 81.46 | |
| 0049 | STATE OF NJ | UNSECURED | 653.31 | * | 0.00 | |
| 0050 | AMERICREDIT FINANCIAL SERVICES, IN( | UNSECURED | 15,787.65 | * | 0.00 | |

**Total Paid: $12,740.87**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $13,029.00        -    Paid to Claims: $11,998.02        -    Admin Costs Paid: $742.85      =    Funds on Hand: $288.13

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.