**LAW OFFICES OF STEVEN D. PERTUZ, LLC**
111 Northfield Avenue, Suite 304
West Orange, NJ 07052
Tel:(973) 669-8600
Fax:(973) 669-8700
By: Steven D. Pertuz, Esq. (SDP-5632)
*Attorneys For Sharon Lawrence & Sydney Lawrence*

| In re: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| DUANE B. THOMAS, | Chapter 13 |
| Debtor. | Case No.: 19-20011 (VFP) |

**NOTICE OF APPEARANCE WITH REQUEST FOR COPIES OF ALL ORDERS, NOTICES, AND PLEADINGS UNDER BANKRUPTCY RULES 2002 (g) AND 9010 (b)**

Sharon Lawrence and Sydney Lawrence, creditors in the above case, hereby appear and request, pursuant to Bankruptcy Rules 2002 (g) and 9010 (b), that (1) they receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case as the debtor failed to include them as creditors; and that (2) all such documents be directed to counsel at the address set forth below.

Dated: July 16, 2023                    By: /s/ Steven D. Pertuz
                                            STEVEN D. PERTUZ, Esq.
                                            111 Northfield Avenue, Suite 304
                                            West Orange, NJ 07052
                                            Tel: (973) 669-8600
                                            Fax: (973) 669-8700