| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Duane B Thomas<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8368<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–20011–VFP | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Duane B Thomas

8/22/24

**By the court:** <u>Vincent F. Papalia</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:      Case No. 19-20011-VFP
Duane B Thomas      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4
Date Rcvd: Aug 22, 2024     Form ID: 3180W     Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Duane B Thomas, 181 Heywood Avenue, Orange, NJ 07050-3017 |
| cr | + | Sydney Lawrence, 617 Seven Oaks Road, Orange, NJ 07050-3123 |
| 518251018 | + | Asset Max, Po Box 190191, South Richmond Hill, NY 11419-0191 |
| 518251036 | + | Citibank, NA, PO Box 5870, Grand Central Station, New York, NY 10163-5870 |
| 518251040 | | Credit One Bank, PO BOx 98672, Las Vegas, NV 89193-8672 |
| 518251043 | + | E.D. Financial Services, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 518663585 | | Metropolitan Life Insurance Company, PO Box 814609, Dallas, TX 75381-4609 |
| 518663586 | | Metropolitan Life Insurance Company, PO Box 814609, Dallas, TX 75381-4609, Metropolitan Life Insurance Company, PO Box 814609 Dallas, TX 75381-4609 |
| 519972128 | + | Sharon Lawrence & Sydney Lawrence, 617 Seven Oaks Road, Orange, NJ 07050-3123 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 22 2024 21:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 22 2024 21:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Aug 23 2024 01:11:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO BOX 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: PHINAMERI.COM | Aug 23 2024 01:11:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | EDI: AISACG.COM | Aug 23 2024 01:11:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 22 2024 21:24:00 | Metropolitan Life Insurance Company, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518318204 | | EDI: PHINAMERI.COM | Aug 23 2024 01:11:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518251016 | | Email/Text: collectors@arresourcesinc.com | Aug 22 2024 21:24:00 | AR Resources, PO Box 1056, Blue Bell, PA 19422 |
| 518369967 | + | Email/Text: bankruptcy@bsifinancial.com | Aug 22 2024 21:24:00 | BSI Financial Services, 314 S. Franklin Street/ P.O. Box 517, Titusville, PA 16354-0517 |
| 518251022 | + | EDI: CAPONEAUTO.COM | Aug 23 2024 01:11:00 | Capital One Auto Finance, PO Box 260848, Plano, |

Case 19-20011-VFP    Doc 87    Filed 08/24/24    Entered 08/25/24 00:17:08    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 22, 2024 | Form ID: 3180W | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | | TX 75026-0848 |
| 518251019 | + | EDI: CAPONEAUTO.COM | Aug 23 2024 01:11:00 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 518251020 | + | EDI: CAPONEAUTO.COM | Aug 23 2024 01:11:00 | Capital One Auto Finance, PO Box 93016, Long Beach, CA 90809-3016 |
| 518251021 | + | EDI: CAPONEAUTO.COM | Aug 23 2024 01:11:00 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 518261967 | + | EDI: AISACG.COM | Aug 23 2024 01:11:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518319983 | + | EDI: AISACG.COM | Aug 23 2024 01:11:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518334282 | + | EDI: AIS.COM | Aug 23 2024 01:11:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518251025 | | EDI: CAPITALONE.COM | Aug 23 2024 01:05:00 | Capital One Bank N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518251024 | + | EDI: CAPITALONE.COM | Aug 23 2024 01:05:00 | Capital One Bank N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518251026 | + | EDI: CAPITALONE.COM | Aug 23 2024 01:05:00 | Capital One Bank USA, 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 518251029 | + | EDI: CAPITALONE.COM | Aug 23 2024 01:05:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518251027 | + | EDI: CAPITALONE.COM | Aug 23 2024 01:05:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518251028 | + | EDI: CAPITALONE.COM | Aug 23 2024 01:05:00 | Capital One Bank Usa N.A., Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518251033 | | EDI: CITICORP | Aug 23 2024 01:05:00 | Citibank, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 518251034 | | EDI: CITICORP | Aug 23 2024 01:05:00 | Citibank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 518251032 | + | EDI: CITICORP | Aug 23 2024 01:05:00 | Citibank, 701 E 60th Street, Sioux Falls, SD 57104-0432 |
| 518251035 | + | EDI: CITICORP | Aug 23 2024 01:05:00 | Citibank NA, Po Box 6181, Sioux Falls, SD 57117-6181 |
| 518251038 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 22 2024 21:36:58 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 518251037 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 22 2024 22:09:14 | Credit One Bank, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 518251042 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 22 2024 21:36:55 | Credit One Bank N.A., Po Box 98872, Las Vegas, NV 89193-8872 |
| 518251044 | + | Email/Text: EBN@edfinancial.com | Aug 22 2024 21:24:00 | EDFinancial, 120 N Seven Oaks, Knoxville, TN 37922-2359 |
| 518267792 | + | Email/Text: EBN@edfinancial.com | Aug 22 2024 21:24:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 518251045 | + | EDI: PHINAMERI.COM | Aug 23 2024 01:11:00 | GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518357009 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2024 21:37:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518629074 | + | Email/Text: RASEBN@raslg.com | Aug 22 2024 21:24:00 | Metropolitan Life Insurance Company, c/o RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 170, Duluth, GA 30097-8461 |
| 518251049 | + | Email/Text: Bankruptcies@nragroup.com | Aug 22 2024 21:25:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 518251047 | + | Email/Text: Bankruptcies@nragroup.com | Aug 22 2024 21:25:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 518251050 | + | EDI: AGFINANCE.COM | Aug 23 2024 01:05:00 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 518251051 | + | EDI: AGFINANCE.COM | Aug 23 2024 01:05:00 | One Main Financial, 6801 Colwell BLVD, Irving, TX 75039-3198 |
| 518270192 | + | EDI: AGFINANCE.COM | Aug 23 2024 01:05:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518251052 | + | Email/Text: clientservices@remexinc.com | Aug 22 2024 21:24:00 | Remex , Inc., 322 Wall Street, Princeton, NJ 08540-1515 |
| 518251053 | + | Email/Text: clientservices@remexinc.com | Aug 22 2024 21:24:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 518251055 | + | Email/Text: clientservices@remexinc.com | Aug 22 2024 21:24:00 | Remex, Inc., PO Box 457, Rocky Hill, NJ 08553-0457 |
| 518623794 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 22 2024 21:24:00 | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695 |
| 518251056 | + | Email/Text: bankruptcy@savit.com | Aug 22 2024 21:25:00 | Sa-vit Collection Agency, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 518251057 | + | Email/Text: bankruptcy@savit.com | Aug 22 2024 21:25:00 | Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 518251058 | + | Email/Text: bankruptcy@savit.com | Aug 22 2024 21:25:00 | Savit Coolection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 518251059 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 22 2024 21:24:00 | Shellpoint, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518251017 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources Inc, Pob 1056, Blue Bell, PA 19422 |
| 518251023 | *+ | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 518251030 | * | Capital One Bank, N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518251031 | *+ | Capital One Bank, N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518251039 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518251041 | * | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518251046 | * | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 518251054 | *+ | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 518251048 | ##+ | National Recovery Agency, 4201 Crumus Mill Road, Harrisburg, PA 17112-2893 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 24, 2024         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2024 at the address(es) listed below:

**Name** | **Email Address**

Avram D White
on behalf of Debtor Duane B Thomas clistbk3@gmail.com
adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth K. Holdren
on behalf of Creditor Ham Fund III  LP through servicer BSI Financial Services eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com

Harold N. Kaplan
on behalf of Creditor Metropolitan Life Insurance Company hkaplan@rasnj.com  kimwilson@raslg.com

John R. Morton, Jr.
on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Marie-Ann Greenberg
magecf@magtrustee.com

Melissa N. Licker
on behalf of Creditor Metropolitan Life Insurance Company mlicker@hinshawlaw.com

Steven D. Pertuz
on behalf of Creditor Sydney Lawrence pertuzlaw@verizon.net
g16461@notify.cincompass.com;pertuz.stevenb130381@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9